**Entered on Docket
December 04, 2009**

_____
Hon. Mike K. Nakagawa
United States Bankruptcy Judge

---

1
2
3
4
5
6
7
8
9  **WILDE & ASSOCIATES**
   Gregory L. Wilde, Esq.
10 Nevada Bar No. 004417
   208 South Jones Boulevard
11 Las Vegas, Nevada 89107
   Telephone:  702 258-8200
12 bk@wildelaw.com
   Fax:  702 258-8787
13 and
   MARK S. BOSCO, ESQ.
14 Arizona Bar No. 010167
   TIFFANY & BOSCO, P.A.
15 2525 East Camelback Road, Suite 300
   Phoenix, Arizona 85016
16 Telephone: (602) 255-6000
17 U.S. Bank National Association, as Trustee under the Securitization Servicing Agreement dated as of
   August 1, 2005 Structured Asset Securities Corporation, Structured Asset Investment Loan Trust
18 Mortgage Pass-Through Certificates, Series 2005-HE3
19 09-76698
20

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In Re: | BK-09-17519-MKN |
| John H. Duncan and Lisa C. Duncan | Date:  11/4/09<br>Time: 1:30pm |
| Debtor(s). | Chapter 13 |

## ORDER VACATING AUTOMATIC STAY

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Automatic Stay in the above-entitled bankruptcy proceedings is immediately vacated and extinguished for all purposes as to Secured Creditor U.S. Bank National Association, as Trustee under the Securitization Servicing Agreement dated as of August 1, 2005 Structured Asset Securities Corporation, Structured Asset Investment Loan Trust Mortgage Pass-Through Certificates, Series 2005-HE3, its assignees and/or successors in interest, of the subject property, generally described as 9317 Dry Dock Dr., Las Vegas, NV 89117.

IT IS FURTHER ORDERED, ADJUDGED and DECREED that the Secured Creditor shall give Debtors and Trustee at least five business days' notice of the time, place and date of sale.

DATED this _____ day of _____, 2009.

Submitted by:
**WILDE & ASSOCIATES**

By _____
GREGORY L. WILDE, ESQ.
Attorney for Secured Creditor

APPROVED / DISAPPROVED

_____
David L. Tanner
7472 W. Sahara Ave. #101
Las Vegas, NV 89117
Attorney for Debtor(s)

APPROVED / DISAPPROVED

_____
Rick A. Yarnall
701 Bridger Avenue #820
Las Vegas, NV 89101
Chapter 13 Trustee

1  ALTERNATIVE METHOD RE: LOCAL RULE 9021:
   In accordance with Local Rule 9021, the undersigned counsel certifies as follows (check one):
2  _____  The court waived the requirements of LR 9021.
3  _____  No parties appeared or filed written objections, and there is no trustee appointed in the case.
   __X__  I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any
4          unrepresented parties who appeared at the hearing, and any trustee appointed in this case,
           and each has approved or disapproved the order, or failed to respond, as indicated below
5          (list each party and whether the party has approved, disapproved, or failed to respond to the
           document):
6
7  (List Parties)
   Debtor's counsel:
8
     _____ approved the form of this order          _____ disapproved the form of this order
9
10   _____ waived the right to review the order and/or   __X__ failed to respond to the document

11   _____ appeared at the hearing, waived the right to review the order

12   _____ matter unopposed, did not appear at the hearing, waived the right to review the order

13  Trustee:

14   _____ approved the form of this order          _____ disapproved the form of this order

15   _____ waived the right to review the order and/or   __X__ failed to respond to the document

16  Other Party:_____

17   _____ approved the form of this order          _____ disapproved the form of this order

18   _____ waived the right to review the order and/or   _____ failed to respond to the document

19  Breach Order:

20   _____ This is an Order Vacating the Stay after the Failure to cure a Declaration of Breach. Copies of
21         this proposed order were transmitted to Debtor's counsel and appointed trustee to which
22         they have not replied

23

24  Submitted by:
    /s/ Gregory L. Wilde, Esq.
25  Gregory L. Wilde, Esq.
26  Attorney for Secured Creditor